Tania L. Whiteleather, SBN 141227
tlwhiteleather@juno.com
Law Offices of Tania L. Whiteleather
5445 E. Del Amo Blvd., Suite 207
Lakewood, California 90712
Telephone: (562) 886-8755
Facsimile: (562) 866-6875

Attorney for Plaintiff,
CATHY ABARCA

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CATHY ABARCA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>GOLETA UNION SCHOOL DISTRICT,<br><br>　　　　Defendant. | CASE NO. CV 17-01836 DDP MRW<br><br>**ORDER DISMISSING ACTION** |

Pursuant to the request of Plaintiff and the stipulation of the parties, and in accordance with Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), this matter is dismissed, with prejudice.

IT IS SO ORDERED.

DATED: January 17, 2018

_____
Judge of the District Court